ACCEPTED
05-14-00631-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/27/2015 11:11:21 AM
LISA MATZ
CLERK



## JACKSON WALKER L.L.P.
### ATTORNEYS & COUNSELORS

Edwin Buffmire
(214) 953-5939 (Direct Dial)
(214) 661-6839 (Direct Fax)
ebuffmire@jw.com

February 27, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/27/2015 11:11:21 AM
LISA MATZ
Clerk

**Via E-FILE**

Lisa Matz, Clerk of the Court
Fifth District Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas  75202

Re:     Case No. 05-14-00631-CV; Virgilio Avila and Univision Group, Inc. v. F.B.
Larrea

Dear Ms. Matz:

We are in receipt of your letter dated February 26, 2015 regarding oral argument in the above-referenced matter.  Charles L. "Chip" Babcock of my firm will present oral argument on behalf of Virgilio Avila and Univision Television Group, Inc. on April 28, 2015 at 9:00 a.m.

Please contact me should you have any questions.

Sincerely,

/s/ *Edwin Buffmire*

Edwin Buffmire


cc:      Charles L. "Chip" Babcock

John M. Lozano
Rachel A. Varughese
Law Office of John M. Lozano
9900 Starlight Road, Suite 200
Dallas, TX 75220-4540

12301426v.1

901 Main Street, Suite 6000   •   Dallas, Texas  75202   •   (214) 953-6000   •   fax  (214) 953-5822

www.jw.com   •   Austin   •   Dallas   •   Fort Worth   •   Houston   •   San Angelo   •   San Antonio   •   Member of GLOBALAW℠